RAE GREENBERG, Respondent, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

Argued January 13, 1938; decided January 27, 1938.

*Merwin F. LeVine* and *Solon Weit* for appellant.

*Leo Fixler* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.